UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATTHEW J. KINNE,
        Plaintiff

v.

FEDERAL DEPOSIT INSURANCE CORPORATION

        Defendant.

CIVIL ACTION
DOCKET NO. _____

04-30198-KPN

COMPLAINT FOR
INJUNCTIVE RELIEF

FILING FEE PAID:
RECEIPT # 305746
AMOUNT $ 150.00
BY DPTY CLK MGn
DATE 9/29/04

PRELIMINARY STATEMENT

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq., for injunctive and other appropriate relief, and seeking the immediate release of agency records requested by plaintiff from defendant Federal Deposit Insurance Corporation ("FDIC").

2. Plaintiff, Matthew J. Kinne ("Kinne") submitted his initial FOIA request on July 20, 2004. The request sought the following documents:

> "All documents received by the FDIC from Berkshire Hills Bancorp., Berkshire Bank or any attorney, representative or agent of those entities, including without limitation, any attorneys employed at Goodwin Procter LLP, that referred or related in any manner to the subject matter of a letter dated July 15, 2004 to Daniel

R. Solin, John Garber and Matthew J. Kinne from Thomas A. Schulz, Assistant General Counsel of the FDIC. The letter from Mr. Schulz concerned the case of Kinne v. Berkshire Hills Bancorp, et al."

3. The requested documents relate to an underlying action commenced by plaintiff against Berkshire Hills Bancorp., Berkshire Bank for wrongful discharge in violation of public policy and breach of contract. This action is pending in the Superior Court, Berkshire County.

4. To vindicate the public's right to information about government conduct, plaintiff seeks an injunction requiring defendant immediately to release records that are and have been unlawfully withheld.

## JURISDICTION AND VENUE

5. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552(a)(6)(E)(iii). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. §§ 701-706. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## PARTIES

6. Plaintiff is a resident of West Stockbridge, Massachusetts. He was employed by Berkshire Bank including its predecessor banks, from October, 1990 until April 15, 2004, at which time he was discharged.

7. Defendant FDIC is a Department of the Executive Branch of the United States Government and is an agency within the meaning of 5 U.S.C. § 552(f)(1).

## FACTS

8. On July 20, 2004, Kinne filed a FOIA request with the FDIC. The request sought the following documents:

> "All documents received by the FDIC from Berkshire Hills Bancorp., Berkshire Bank or any attorney, representative or agent of those entities, including without limitation, any attorneys employed at Goodwin Procter LLP, that referred or related in any manner to the subject matter of a letter dated July 15, 2004 to Daniel R. Solin, John Garber and Matthew J. Kinne from Thomas A. Schulz, Assistant General Counsel of the FDIC. The letter from Mr. Schulz concerned the case of Kinne v. Berkshire Hills Bancorp, et al."

9. By letter dated August 18, 2004, the FDIC denied Kinne's request in its entirety, claiming exemption pursuant to various FOIA Exemptions.

10. By letter dated August 25, 2004, Kinne filed a timely appeal to the General Counsel of the FDIC, in which he appealed from the refusal of the FDIC to produce any documents responsive to his FOIA request.

11. By letter dated September 21, 2004, the FDIC affirmed its decision to withhold five pages of records in their entirety, but produced 19 pages of responsive documents, redacting "… small portions of the released records."

<u>Claim For Relief</u>

<u>Violation of the FOIA for Failure to
Release Records Sought by Plaintiff's Request</u>

12. Plaintiffs repeat and reallege paragraphs 1-11.

13. Defendant's failure to release records sought by plaintiff's request violates the FOIA, 5 U.S.C. § 552(a).

<u>REQUESTED RELIEF</u>

WHEREFORE, plaintiff prays that this Court:

a) order defendant immediately and expeditiously to release the requested records;

b) award plaintiff his costs and reasonable attorneys fees incurred in this action; and

c) grant such other relief as the Court may deem just and proper.

Respectfully submitted,

THE PLAINTIFF, MATTHEW J. KINNE

By: _____
Daniel R. Solin, Esq.
66 West Street
Pittsfield, MA 01201
(413) 443-7800
BBO # 556342

and

John Garber
Weinberg & Garber, P.C.
71 King Street
Northampton MA 01060
(413) 582 6886
BBO # 635313

Dated: September 29, 2004            *Attorneys for Plaintiff*

4