UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -8  A 9:34

U.S. DISTRICT COURT
DISTRICT OF MASS.

Matthew J. Kinne,　　　　　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　　　　　Plaintiff,　　　　）
v.　　　　　　　　　　　　　　　　）　Civil Action No. 04-30198 (KPN)
　　　　　　　　　　　　　　　　　）
Federal Deposit Insurance Corporation　）
　　　　　　　　　　　　　　　　　）
　　　　　　　　Defendant.　　　　）
　　　　　　　　　　　　　　　　　）

## NOTICE OF APPEARANCE

Please take notice that pursuant to United States District Court for the District of Massachusetts Local Rule 83.5.3(a), Charles L. Cope, Thomas L. Holzman and Barbara Katron hereby enter their appearances as counsel for the Federal Deposit Insurance Corporation, an agency of the United States, in this litigation. They are attorneys in good standing in all jurisdictions to which they are admitted to practice and not subject to disciplinary proceedings in any United States District Court.

Dated: October 7, 2004

Respectfully submitted,

_____
Charles L. Cope, D.C. Bar # 70672
Senior Counsel
550 17th Street, NW, H-2008
Washington, D.C. 20429
(202) 736-0515
(202) 736-0584 (fax)
ccope@fdic.gov

_____
Thomas L. Holzman, D.C. Bar # 950162
Counsel
550 17th Street, NW, H-2006
Washington, D.C. 20429
(202) 736-0514
(202) 736-0584 (fax)
thholzman@fdic.gov

1

_____
Barbara Katron, D.C. Bar # 387970
Counsel
Federal Deposit Insurance Corporation
550 17th Street, NW, H-2046
Washington, D.C. 20429
(202) 736-0059
(202) 736-0584 (fax)
bkatron@fdic.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2004, a copy of the foregoing Notice of Appearances was served by regular mail on the following counsel of record:

John Garber
Weinberg & Garber
71 King Street
Northampton, MA 01060

*[signature]*