UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
[illegible stamp]

[illegible stamp] 29 [illegible]

U.S. DISTRICT COURT
DISTRICT OF [illegible]

| | |
|---|---|
| Matthew J. Kinne, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-30198 (MAP) |
| v. ) | |
| ) | |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT FEDERAL DEPOSIT INSURANCE
CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

This action was brought under the Freedom of Information Act, 5 U.S.C. § 552.

Defendant, the Federal Deposit Insurance Corporation (FDIC), hereby moves for summary

judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1

of the Local Rules of the United States District Court for the District of Massachusetts. The

grounds for this motion are set forth in the accompanying Memorandum in Support of

Defendant FDIC's Motion for Summary Judgment.

Dated: October 28, 2004                    Respectfully submitted,

Charles L. Cope, D.C. Bar No. 70672
Senior Counsel
550 17th Street, NW, H-2008
Washington, DC 20429
(202) 736-0515
(202) 736-0584 (fax)
ccope@fdic.gov

Thomas L. Holzman, D.C. Bar No. 950162
Counsel
550 17th Street, NW, H-2006
Washington, DC 20429
(202) 736-0514
(202) 736-0584 (fax)
thholzman@fdic.gov

1

2

Barbara Katron, D.C. Bar No. 387970
Counsel
Federal Deposit Insurance Corporation
550 17th Street, NW, H-2046
Washington, DC 20429
(202) 736-0059
(202) 736-0584 (fax)
bkatron@fdic.gov

2