# EXHIBIT A

Case 3:04-cv-30198-MAP    Document 9-2    Filed 11/09/2004    Page 1 of 20

## Manthorne, Arnold

**From:** Nagle, James W [JNagle@goodwinprocter.com]
**Sent:** Wednesday, July 21, 2004 11:06 AM
**To:** Manthorne, Arnold
**Subject:** DAE9992.pdf

Arnold:

I am forwarding the impoundment papers to you piecemeal because I lack technical competence. Bear with me.

<<DAE9992.pdf>>

*********************************************************************
This message is intended only for the designated recipient(s). It may
contain confidential or proprietary information and may be subject to the
attorney-client privilege or other confidentiality protections. If you are
not a designated recipient, you may not review, copy or distribute
this message. If you receive this in error, please notify the sender by
reply e-mail and delete this message. Thank you.
*********************************************************************

7/28/2004

# Manthorne, Arnold

From: Nagle, James W [JNagle@goodwinprocter.com]
Sent: Wednesday, July 21, 2004 11:07 AM
To: Manthorne, Arnold
Cc: Shepherd, Heidi Goldstein
Subject: DAE304.pdf

Arnold:

Here is the motion to impend itself.

<<DAE304.pdf>>

***********************************************************************
This message is intended only for the designated recipient(s). It may
contain confidential or proprietary information and may be subject to the
attorney-client privilege or other confidentiality protections. If you are
not a designated recipient, you may not review, copy or distribute
this message. If you receive this in error, please notify the sender by
reply e-mail and delete this message. Thank you.
***********************************************************************

7/28/2004

**Manthorne, Arnold**

| | |
|---|---|
| From: | Nagle, James W [JNagle@goodwinprocter.com] |
| Sent: | Wednesday, July 21, 2004 10:53 AM |
| To: | Manthorne, Arnold |
| Cc: | Shepherd, Heidi Goldstein |
| Subject: | RE: Electronic pleadings |

Arnold:

I would certainly assent to a motion for leave to intervene or otherwise respond that would recite the need for additional time to set forth a substantive response to the issues raised. Perhaps after the motion is drafted, you could submit it to Solin and ask for his assent as well. I am out of the office this afternoon, but would be pleased to discuss mechanics with you tomorrow if you would like to propose a time.


-----Original Message-----
From: Manthorne, Arnold [mailto:AManthorne@FDIC.gov]
Sent: Wednesday, July 21, 2004 10:42 AM
To: Nagle, James W
Subject: RE: Electronic pleadings


Thanks Jim..Do you think the parties would be disposed to give us a thirty
day extension of time to get our ducks in line and decide what we would do
in this state court case? Tom Schulz had a death in the family and I am out
of the office starting tomorrow through August 1...Thanks Arnold

-----Original Message-----
From: Nagle, James W [mailto:JNagle@goodwinprocter.com]
Sent: Wednesday, July 21, 2004 10:04 AM
To: Manthorne, Arnold
Cc: Shepherd, Heidi Goldstein
Subject: FW: Electronic pleadings



Arnold:

I am forwarding an electronic version of the opposition that Kinne submitted to our motion to impound. As you will note, he claims that the FDIC's letter is a litigation tactic of the Bank's and he invites the FDIC to state its position on impoundment directly to the Court. We have up to 10 days in which to file the impoundment papers under the governing State Court rules and we are likely to prepare a reply to his opposition and seek leave to have it considered. If the FDIC would like to submit something to the Court by way of amicus or leave to intervene, it may make sense to include that within the package that we file with the Court. Please let Heidi or me what your intentions are and your likely timing and we will cooperate to the extent possible. While our position on impoundment as a solution to the confidentiality problem differs from the FDIC's for the reasons set for in Bank One, I expect that the Court will be interested in hearing directly from the agency and we should try to be efficient for the Court.

Call me if you have any question.

1

Jim Nagle

-----Original Message-----
From: dansolin@earthlink.net [mailto:dansolin@earthlink.net]
Sent: Tuesday, July 20, 2004 7:45 PM
To: Shepherd, Heidi Goldstein
Cc: jgarber@w-g-law.com
Subject: RE: Electronic pleadings

Heidi,

Here is an electronic version of our Opposition to the Motion to Impound which you will be receiving in the mail. This version does not have Exhibits A and B. The hard copy does.

Dan

Daniel R. Solin, Esq.
401 Broadway
Suite 306
New York, N.Y. 10013
(239) 949-1606 (Tel)
(239) 949-1610 (fax)
skype user name: dansolin
www.dansolin.com (web page)

Admitted in New York, Massachusetts and Connecticut. Not admitted in Florida.

This message is intended to be confidential and to be read only by the intended recipient. If you received this message in error, please delete it and notify the sender. Thank you.

===========================================

From: "Shepherd, Heidi Goldstein" <HShepherd@goodwinprocter.com>
To: Internet Mail::[<dansolin@earthlink.net>]
cc: Internet Mail::[<jgarber@w-g-law.com>]
Subject: RE: Electronic pleadings
Date: 7/20/04 11:35 PM

Dan:

We would appreciate your providing us with electronic versions of any pleadings in addition to hard copy. Thanks very much.

Heidi

Heidi Goldstein Shepherd
Goodwin | Procter LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-8189
Fax: (617) 227-8591
hshepherd@goodwinprocter.com

-----Original Message-----
From: dansolin@earthlink.net [mailto:dansolin@earthlink.net]
Sent: Tuesday, July 20, 2004 7:29 PM
To: Shepherd, Heidi Goldstein
Cc: jgarber@w-g-law.com
Subject: Electronic pleadings

Heidi,

I have your Amended Answer in the Kinne case.

I am working hard to keep my office paper-free. If it would not be too much trouble, could I ask you in the future to e-mail all pleadings to me as attachments?

If you want us to reciprocate, please let me know and we will do so.

Thanks,
Dan

Daniel R. Solin, Esq.
401 Broadway
Suite 306
New York, N.Y. 10013
(239) 949-1606 (Tel)
(239) 949-1610 (fax)
skype user name: dansolin
www.dansolin.com (web page)

Admitted in New York, Massachusetts and Connecticut. Not admitted in Florida.

This message is intended to be confidential and to be read only by the intended recipient. If you received this message in error, please delete it and notify the sender. Thank you.

****************************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
****************************************************************************

<<Our opp to Motion to Impound.doc>>

****************************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
****************************************************************************




****************************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
****************************************************************************

3

Manthorne, Arnold

___

| | |
|---|---|
| From: | Nagle, James W [JNagle@goodwinprocter.com] |
| Sent: | Wednesday, July 21, 2004 10:04 AM |
| To: | Manthorne, Arnold |
| Cc: | Shepherd, Heidi Goldstein |
| Subject: | FW: Electronic pleadings |



Our opp to Motion to Impound.d...

Arnold:

I am forwarding an electronic version of the opposition that Kinne submitted to our motion to impound. As you will note, he claims that the FDIC's letter is a litigation tactic of the Bank's and he invites the FDIC to state its position on impoundment directly to the Court. We have up to 10 days in which to file the impoundment papers under the governing State Court rules and we are likely to prepare a reply to his opposition and seek leave to have it considered. If the FDIC would like to submit something to the Court by way of amicus or leave to intervene, it may make sense to include that within the package that we file with the Court. Please let Heidi or me what your intentions are and your likely timing and we will cooperate to the extent possible. While our position on impoundment as a solution to the confidentiality problem differs from the FDIC's for the reasons set for in Bank One, I expect that the Court will be interested in hearing directly from the agency and we should try to be efficient for the Court.

Call me if you have any question.

Jim Nagle


-----Original Message-----
From: dansolin@earthlink.net [mailto:dansolin@earthlink.net]
Sent: Tuesday, July 20, 2004 7:45 PM
To: Shepherd, Heidi Goldstein
Cc: jgarber@w-g-law.com
Subject: RE: Electronic pleadings


Heidi,

Here is an electronic version of our Opposition to the Motion to Impound which you will be receiving in the mail. This version does not have Exhibits A and B. The hard copy does.

Dan

Daniel R. Solin, Esq.
401 Broadway
Suite 306
New York, N.Y. 10013
(239) 949-1606 (Tel)
(239) 949-1610 (fax)
skype user name: dansolin
www.dansolin.com (web page)

1

Admitted in New York, Massachusetts and Connecticut. Not admitted in Florida.

This message is intended to be confidential and to be read only by the intended recipient. If you received this message in error, please delete it and notify the sender. Thank you.

========================================

From: "Shepherd, Heidi Goldstein" <HShepherd@goodwinprocter.com>
To: Internet Mail::[<dansolin@earthlink.net>]
cc: Internet Mail::[<jgarber@w-g-law.com>]
Subject: RE: Electronic pleadings
Date: 7/20/04 11:35 PM

Dan:

We would appreciate your providing us with electronic versions of any pleadings in addition to hard copy. Thanks very much.

Heidi

Heidi Goldstein Shepherd
Goodwin | Procter LLP
Exchange Place
Boston, MA 02109
Tel:   (617) 570-8189
Fax:   (617) 227-8591
hshepherd@goodwinprocter.com

-----Original Message-----
From: dansolin@earthlink.net [mailto:dansolin@earthlink.net]
Sent: Tuesday, July 20, 2004 7:29 PM
To: Shepherd, Heidi Goldstein
Cc: jgarber@w-g-law.com
Subject: Electronic pleadings

Heidi,

I have your Amended Answer in the Kinne case.

I am working hard to keep my office paper-free. If it would not be too much trouble, could I ask you in the future to e-mail all pleadings to me as attachments?

If you want us to reciprocate, please let me know and we will do so.

Thanks,
Dan

Daniel R. Solin, Esq.
401 Broadway
Suite 306
New York, N.Y. 10013
(239) 949-1606 (Tel)
(239) 949-1610 (fax)
skype user name: dansolin
www.dansolin.com (web page)

Admitted in New York, Massachusetts and Connecticut. Not admitted in Florida.

This message is intended to be confidential and to be read only by the intended recipient. If you received this message in error, please delete it and notify the sender. Thank you.

2

************************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
************************************************************************

<<Our opp to Motion to Impound.doc>>

************************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
************************************************************************

## Manthorne, Arnold

**From:** Nagle, James W [JNagle@goodwinprocter.com]
**Sent:** Monday, July 19, 2004 1:41 PM
**To:** Manthorne, Arnold
**Cc:** Shepherd, Heidi Goldstein
**Subject:** RE: Article in Berkshire Record

Arnold:

Could we do 4. I have a call scheduled at 3 and Heidi is supposed to be back from a meeting at 3:30.

Jim

-----Original Message-----
**From:** Manthorne, Arnold [mailto:AManthorne@FDIC.gov]
**Sent:** Monday, July 19, 2004 12:48 PM
**To:** Nagle, James W
**Subject:** RE: Article in Berkshire Record

Jim.. we will try to set up a call with you if you are available around 3pm today....regards arnold

-----Original Message-----
**From:** Nagle, James W [mailto:JNagle@goodwinprocter.com]
**Sent:** Friday, July 16, 2004 10:50 AM
**To:** Manthorne, Arnold
**Cc:** Shepherd, Heidi Goldstein
**Subject:** Article in Berkshire Record


Arnold:

I am forwarding an article that appeared in the Berkshire Record today. I was contacted by the reporter earlier in the week and declined to offer any comment on the "tip" that he received from an unnamed source about our plans to file a motion to dismiss. I had hoped that by declining to comment on an unattributed tip, the reporter would deline to run his story. The reference to arrangements having been made for our filing our motion to dismiss on July 16 is to a private agreement that we reached with Mr. Solin and not to any court filing.

While the reporter claims that Mr. Solin declines comment, I believe that only Mr Solin, you and the Bank's General Counsel knew of the arrangement for us to file on July 16. Our side of the case is clearly not the source of the tip and I am sure that you did not disclose it, which leaves only one possibility. The quote that is attributed to Mike Daly in the article comes directly from the complaint and to any comment that the Bank has ever made. The rehashing in the article of the unfair and untrue allegations in the complaint damages the reputation of the Bank and the Bank's employees. The Bank feels that it is playing by the rules and that it needs protection from repeated public attacks that unfairly damage the institution. I know that you have a letter in the works, **MATERIAL REDACTED**
**MATERIAL REDACTED** We need to get the letter out and any other action that the regulatory agencies can take to stop this improper conduct.

Thanks for your help and your interest in this matter and for anything you can do to expedite this matter.

7/28/2004

Jim

<<Fax-Jul-16-2004-09-16-29-1280.pdf>>

*************************************************************************
This message is intended only for the designated recipient(s). It may
contain confidential or proprietary information and may be subject to the
attorney-client privilege or other confidentiality protections. If you are
not a designated recipient, you may not review, copy or distribute
this message. If you receive this in error, please notify the sender by
reply e-mail and delete this message. Thank you.
*************************************************************************

*************************************************************************
This message is intended only for the designated recipient(s). It may
contain confidential or proprietary information and may be subject to the
attorney-client privilege or other confidentiality protections. If you are
not a designated recipient, you may not review, copy or distribute
this message. If you receive this in error, please notify the sender by
reply e-mail and delete this message. Thank you.
*************************************************************************

7/28/2004

## Manthorne, Arnold

**From:** Nagle, James W [JNagle@goodwinprocter.com]
**Sent:** Friday, July 16, 2004 10:50 AM
**To:** Manthorne, Arnold
**Cc:** Shepherd, Heidi Goldstein
**Subject:** Article in Berkshire Record

Arnold:

I am forwarding an article that appeared in the Berkshire Record today. I was contacted by the reporter earlier in the week and declined to offer any comment on the "tip" that he received from an unnamed source about our plans to file a motion to dismiss. I had hoped that by declining to comment on an unattributed tip, the reporter would deline to run his story. The reference to arrangements having been made for our filing our motion to dismiss on July 16 is to a private agreement that we reached with Mr. Solin and not to any court filing.

While the reporter claims that Mr. Solin declines comment, I believe that only Mr Solin, you and the Bank's General Counsel knew of the arrangement for us to file on July 16. Our side of the case is clearly not the source of the tip and I am sure that you did not disclose it, which leaves only one possibility. The quote that is attributed to Mike Daly in the article comes directly from the complaint and to any comment that the Bank has ever made. The rehashing in the article of the unfair and untrue allegations in the complaint damages the reputation of the Bank and the Bank's employees. The Bank feels that it is playing by the rules and that it needs protection from repeated public attacks that unfairly damage the institution. I know that you have a letter in the works.

**MATERIAL REDACTED**          **MATERIAL REDACTED**

We need to get the letter out and any other action that the regulatory agencies can take to stop this improper conduct.

Thanks for your help and your interest in this matter and for anything you can do to expedite this matter.

Jim

<<Fax-Jul-16-2004-09-16-29-1280.pdf>>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: BERKSHIRE BANK LEGAL DEPT.    4134489052    07/16/2004 08:10 #534 P.001/002

24 North Street
P.O. Box 1308
Pittsfield, MA 01202-1308
Direct Phone: (413) 236-3122
Direct Fax: (413) 448-9052



# Facsimile

**To:** James W. Nagle, Esq.    **From:** Kathy DeMan, Legal Assistant to Gerald A. Denmark

**Fax:** (617) 523-1231    **Pages:** 2 (including cover sheet)

**Phone:**    **Date:** 7/16/2004

**Re:** Matthew Kinne v. Berkshire Bank    **CC:**

● **Comments:**

Faxed herewith is a newspaper article which appeared in today's Berkshire Record. Mike Daly would like you to call him (413- 236-3194). Thank you.

This telecopy is privileged and contains confidential information intended only for the person(s) named above. Any other distribution, copying, disclosure, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this telecopy in error, please notify me by telephone and return the original transmission to us by mail without making a copy.

7

**Manthorne, Arnold**

From: Shepherd, Heidi Goldstein [HShepherd@goodwinprocter.com]
Sent: Monday, July 12, 2004 3:35 PM
To: Manthorne, Arnold
Cc: Nagle, James W
Subject: Berkshire/Kinne - Memo in Support of Motion to Dismiss.DOC

<<Berkshire/Kinne - Memo in Support of Motion to Dismiss.DOC>>

Arnold:

As we discussed last week, attached is a working draft of the Memo in Support of the Motion to Dismiss that Berkshire Bank intends to serve on opposing counsel on Friday, July 16, 2004. As you can see in the draft, we have marked a reference to any amicus brief or letter to the Court that the FDIC may wish to file in this matter. I look forward to discussing that prospect with you further. In the meantime, please do not hesitate to contact me with any comments or concerns. Thank you.

Regards,

Heidi Shepherd


Heidi Goldstein Shepherd
Goodwin | Procter LLP
Exchange Place
Boston, MA 02109-2881
Tel: (617) 570-8189
Fax: (617) 227-8591
hshepherd@goodwinprocter.com

********************************************************************
This message is intended only for the designated recipient(s). It may
contain confidential or proprietary information and may be subject to the
attorney-client privilege or other confidentiality protections. If you are
not a designated recipient, you may not review, copy or distribute
this message. If you receive this in error, please notify the sender by
reply e-mail and delete this message. Thank you.
********************************************************************

7/18/2004

Amended Answer and Aff. Defenses.DOC                                                          Page 1 of 1

## Manthorne, Arnold

**From:** Shepherd, Heidi Goldstein [HShepherd@goodwinprocter.com]
**Sent:** Wednesday, June 30, 2004 4:38 PM
**To:** Manthorne, Arnold
**Cc:** Nagle, James W
**Subject:** Berkshire/Kinne - Amended Answer and Aff. Defenses.DOC

<<Microsoft Word - Berkshire_Kinne - Amended Answer and Aff_ Defenses.pdf>>

Arnold:

I have been working with Jim Nagle on the matter for Berkshire Bank. For your reference, I attach an Amended Answer that we filed and served yesterday.

**MATERIAL REDACTED**      **MATERIAL REDACTED**

We have agreed with opposing counsel that we will serve our Motion to Dismiss on July 16, that they will serve their opposition by August 20 and that we will file the Motion, the Opposition and our Reply Brief (if any) by September 3, 2004.

Please let me know if I can provide you with any further information. Thank you.

Heidi Shepherd

Heidi Goldstein Shepherd
Goodwin | Procter LLP
Exchange Place
Boston, MA 02109-2881
Tel: (617) 570-8189
Fax: (617) 227-8591
hshepherd@goodwinprocter.com


***********************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
***********************************************************************

7/28/2004

9

## Manthorne, Arnold

**From:** Nagle, James W [JNagle@goodwinprocter.com]
**Sent:** Friday, June 25, 2004 9:53 AM
**To:** Manthorne, Arnold
**Subject:** FW: Answer to Kinne's Complaint

Arnold:

Sorry for the delay. This bounced back because I mistyped your name. My apologies. We are talking to Kinne's counsel about discovery and our motion today and trying to set a schedule for filing our motion to dismiss and to impound everything.

Jim Nagle
617-570-1233

-----Original Message-----
From: Nagle, James W
Sent: Thursday, June 24, 2004 3:49 PM
To: 'amanthorn@fdic.gov'
Cc: Shepherd, Heidi Goldstein; Lee, Paul W
Subject: Answer to Kinne's Complaint

Arnold:

In response to your request, I attach the answer that we filed in the case. When we file our motion to dismiss, we intend to amend our answer  MATERIAL REDACTED   and we will seek impoundment of all filings in the case, including the complaint, this answer, the amended answer, the motion to dismiss and all related filings

Please let me know if you need any additional information from me.

Jim Nagle

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is intended only for the designated recipient(s). It may
contain confidential or proprietary information and may be subject to the
attorney-client privilege or other confidentiality protections. If you are
not a designated recipient, you may not review, copy or distribute
this message. If you receive this in error, please notify the sender by
reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7/28/2004

24 North Street
P.O. Box 1308
Pittsfield, MA 01202-1308
Direct Phone: (413) 236-3120
Direct Fax: (413) 448-9052



RE
FO
LEGAL

# Facsimile

| | | | |
|---|---|---|---|
| **To:** | Mr. Michael Knall | **From:** | Gerald A. Denmark, General Counsel |
| | Brenda Miller, Esq. | | |
| **Fax:** | (781) 794-5511 | **Pages:** | 9 (including cover sheet) |
| | (617) 958-1599 | | |
| **Phone:** | | **Date:** | 6/4/2004 |
| **Re:** | Kinne v. Berkshire Bank | **CC:** | James W. Nagle, Esq. (617) 523-1231 |
| | | | Paul H. Rothschild, Esq. (413) 739-7740 |

**• Comments:**

6/7/04
MJG
Assigned to
Legal
(Hawthorne)

This telecopy is privileged and contains confidential information intended only for the person(s) named above. Any other distribution, copying, disclosure, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this telecopy in error, please notify me by telephone and return the original transmission to us by mail without making a copy.



Gerald A. Denmark
Senior Vice President and General Counsel
Direct Telephone: (413) 236-3120
Direct Facsimile: (413) 448-9052
Email: gdenmark@berkshirebank.com

June 4, 2004

<u>VIA FACSIMILE - (781) 794-5511</u>

Mr. Michael Knall
Federal Deposit Insurance Corporation
15 Braintree Hill Office Park
Suite 100
Braintree, MA 02184

<u>VIA FACSIMILE - (617) 956-1599</u>

Brenda Miller, Esq.
Massachusetts Division of Banks
One South Station, 3rd Floor
Boston, MA 02110

    Re:  Matthew J. Kinne v. Berkshire Bank

Dear Mr. Knall and Ms. Miller:

    In an effort to keep you up-to-date, I am faxing herewith a copy of the article which appears in today's edition of <u>The Berkshire Eagle</u>.

MATERIAL REDACTED            MATERIAL REDACTED

    Although we deny Mr. Kinne's allegations, we continue to take this matter seriously, are anxious to discuss it with your agencies, and ask that you have your representatives contact us at your earliest opportunity.

    Also for your information, we are represented in this lawsuit by James W. Nagle, Esq., of Goodwin Procter, LLP, Exchange Place, Boston, Massachusetts 02109 (telephone no. 617-570-1233) and Paul H. Rothschild, Esq., of Bacon Wilson, P.C., 33 State Street, Springfield, Massachusetts 01103 (telephone no. 413-781-0560).

                              Very truly yours,

                              Gerald A. Denmark

GAD/kd
Enclosures
Cc:  Michael P. Daly, President and CEO
      James W. Nagle, Esq. (via facsimile)
      Paul H. Rothschild, Esq. (via facsimile)

24 North Street
P.O. Box 1308
Pittsfield, MA 01202-1308
Direct Phone: (413) 236-3120
Direct Fax: (413) 448-9052

**BERKSHIRE BANK**

Pittsfield MA

# Facsimile

| To: | Michael Knall, FDIC | From: | Gerald A. Denmark, General Counsel |
|---|---|---|---|
| Fax: | (781) 794-5511 | Pages: | 2 (including cover sheet) |
| Phone: |  | Date: | 5/27/2004 |
| Re: | Kinne v. Berkshire Bank | CC: |  |

● **Comments:**

Faxed herewith is the article on this matter which appears in today's _Berkshire Record_, a weekly newspaper. This relates to the Superior Court complaint I faxed to you yesterday.

This telecopy is privileged and contains confidential information intended only for the person(s) named above. Any other distribution, copying, disclosure, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this telecopy in error, please notify me by telephone and return the original transmission to us by mail without making a copy.

24 North Street
P.O. Box 1308
Pittsfield, MA 01202-1308
Direct Phone: (413) 236-3120
Direct Fax: (413) 448-9052



# Facsimile

**To:** Mike Knall, FDIC

**Fax:** (781) 794-5611

**Phone:**

**Re:** Kinne v. Berkshire Bank

**From:** Gerald A. Denmark, General Counsel

**Pages:** 11 (including cover sheet)

**Date:** 5/26/2004

**CC:**

**Comments:**

As per your conversation with Mike Daly, I am faxing herewith a copy of the Complaint. Feel free to call me.

This telecopy is privileged and contains confidential information intended only for the person(s) named above. Any other distribution, copying, disclosure, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this telecopy in error, please notify me by telephone and return the original transmission to us by mail without making a copy.