## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MATTHEW KINNE

                                                                                              CASE NO. 04-30198-MAP

        V.

FEDERAL DEPOSIT INSURANCE CORP

### NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION FOR SUMMARY JUDGMENT on 2/17/05 at 3:00 P.M., before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

                                                                                          TONY ANASTAS,
                                                                                          CLERK OF COURT

12/7/04                                                              By: /s/ Elizabeth A. French
    Date                                                                      Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                                                                           [kntchrgcnf.]
                                                                                                                                             [ntchrgcnf.]