UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Matthew J. Kinne, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 04-30198 (MAP) |
| ) | |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT MOTION FOR *IN CAMERA* REVIEW IN LIEU OF HEARING ON DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT

This action, brought under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), is scheduled for hearing on February 17, 2005. The documents at issue, which are now exclusively under the control of defendant Federal Deposit Insurance Corporation (FDIC), are reports filed pursuant to the Bank Secrecy Act, 12 U.S.C. § 1829b, 12 U.S.C. §§ 1951-59 and 31 U.S.C. §§ 5311-32, and two phrases redacted from records produced to the plaintiff, Matthew J. Kinne. Because the parties do not dispute the underlying facts surrounding plaintiff's request pursuant to the FOIA and agree that this Court may be able to reach a decision in this matter based on the pleadings filed by the parties and a review of the withheld records, plaintiff and defendant respectfully request that the Court issue an Order postponing the scheduled hearing and directing that defendant FDIC submit for *in camera* review the documents at issue in this proceeding.

1

Dated: January 11, 2005

Daniel R. Solin, Esq.
66 West Street
Pittsfield, MA 01201
(413) 443-7800
BBO # 556342

*John Garber (by Barbara Katron)*
John Garber
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060
(413) 582-6886
BBO # 635313

Counsel for Plaintiff

Respectfully submitted,

Charles L. Cope, D.C. Bar No. 70672
Senior Counsel
550 17th Street, NW, H-2008
Washington, DC 20429
(202) 736-0515
(202) 736-0584 (fax)
ccope@fdic.gov

Thomas L. Holzman, D.C. Bar No. 950162
Barbara Katron, D.C. Bar No. 387970
Counsel
Federal Deposit Insurance Corporation
550 17th Street, NW, H-2046
Washington, DC 20429
(202) 736-0059
(202) 736-0584 (fax)
bkatron@fdic.gov

Counsel for Defendant

2