UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Matthew J. Kinne,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Federal Deposit Insurance Corporation,<br><br>　　　　　　　Defendant. | Civil Action No. 04-30198 (MAP) |

*MAP*
*1/20/05*

~~PROPOSED~~ ORDER

This matter comes before the Court upon the joint motion of plaintiff, Matthew J. Kinne, and defendant, Federal Deposit Insurance Corporation (FDIC), for In Camera Review in Lieu of Hearing on Defendant FDIC's Motion for Summary Judgment.

Based upon the parties' motion, IT IS HEREBY ORDERED that defendant FDIC produce to this Court for *in camera* review the documents at issue in this proceeding.

IT IS FURTHER ORDERED that the hearing scheduled for February 17, 2005 is postponed and will be rescheduled, should this Court determine following *in camera* inspection, that further proceedings are necessary.

　　　　　　　　　　　　　　　　　　/s/ Michael A. Ponsor
　　　　　　　　　　　　　　　　　　Michael A. Ponsor
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Jan 20, 2005