UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Matthew J. Kinne,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Federal Deposit Insurance Corporation,<br><br>　　　　　Defendant. | Civil Action No. 04-30198 (MAP) |

## NOTICE OF *IN CAMERA* SUBMISSION

Pursuant to this Court's Order dated January 20, 2005, and in accordance with Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts, defendant Federal Deposit Insurance Corporation (FDIC) submits to the Court for *in camera* review the documents at issue in this Freedom of Information Act (FOIA), 5 U.S.C. § 552, lawsuit.

The records submitted, totaling seven pages, are reports filed pursuant to the Bank Secrecy Act, 12 U.S.C. § 1829b, 12 U.S.C. §§ 1951-59 and 31 U.S.C. §§ 5311-32, (BSA reports) which were withheld in full under the FOIA and electronic mail messages which were produced to the plaintiff, Matthew J. Kinne, but contained redactions of one phrase each.

The BSA reports, consisting of five pages, are for identification purposes numbered 000001 through 000005. The electronic mail messages, consisting of two pages, are for identification purposes numbered 000006 through 000007. The portions of the electronic mail messages which were redacted from the materials produced to the plaintiff are highlighted for the Court's review.

The FDIC asserts that all of the records submitted for *in camera* review are protected from disclosure pursuant to FOIA exemption 3, 5 U.S.C. § 552(b)(3). The FDIC further asserts that FOIA exemptions 4, 6, and 7(C), 5 U.S.C. § 552(b)(4), (b)(6), and (b)(7)(C), apply to portions

1

of the withheld records.

Dated: February 1, 2005

Respectfully submitted,

Charles L. Cope, D.C. Bar No. 70672
Senior Counsel
550 17th Street, NW, H-2008
Washington, DC 20429
(202) 736-0515
(202) 736-0584 (fax)
ccope@fdic.gov

*Barbara Keller* [signature]

Thomas L. Holzman, D.C. Bar No. 950162
Barbara Katron, D.C. Bar No. 387970
Counsel
Federal Deposit Insurance Corporation
550 17th Street, NW, H-2046
Washington, D.C. 20429
(202) 736-0059
(202) 736-0584 (fax)
bkatron@fdic.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2005, a copy of the FDIC's Notice of *In Camera* Submission (without accompanying documents) was served by overnight mail on the following counsel of record:

John Garber, Esq.
Weinberg & Garber
71 King Street
Northampton, MA 01060