## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MATTHEW KINNE

             V.

**FDIC**

             **Defendant**

**CIVIL / CRIMINAL CASE**

**NO.** 04-30198

### NOTICE OF RESCHEDULING

PONSOR  D.J./M.J.

The __HEARING ON MOTION FOR SUMMARY JUDGMENT__ scheduled for __2/17/05__ at __3:00__ A.M./**P.M.** before Judge __PONSOR__, has been cancelled. It has been RESCHEDULED to __3/31/05__ at __2:00__ A.M/**P.M.** in Courtroom # __1__ on the __5TH__ floor.

                                                            TONY ANASTAS
                                                            CLERK OF COURT

2/11/05                                             /s/Elizabeth A. French
                                                   By:
Date                                                  Deputy Clerk

Notice to:

(Notice - Cancellation.wpd - 7/99)                                         [ntchrgcnf.]
                                                                                [kntchrgcnf.]