UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATTHEW KINNE

**CIVIL / CRIMINAL CASE**

**NO.** 04-30198

**V.**

**FDIC**

**Defendant**

## NOTICE OF RESCHEDULING

PONSOR  D.J./M.J.

The HEARING ON MOTION FOR SUMMARY JUDGMENT scheduled for 2/17/05 at 3:00 A.M./P.M. before Judge PONSOR, has been cancelled. It has been RESCHEDULED to 3/31/05 at 2:00 A.M/P.M. in Courtroom # 1 on the 5TH floor.

TONY ANASTAS
CLERK OF COURT

2/11/05

Date

By: /s/Elizabeth A. French

Deputy Clerk

Notice to:

(Notice - Cancellation.wpd - 7/99)    [ntchrgcnf.]
                                       [kntchrgcnf.]