UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MATTHEW J. KINNE

Plaintiff,

- against -

FEDERAL DEPOSIT INSURANCE
CORPORATION

Defendant.

Civil Action No. 04-30198-KPN

## STIPULATION OF DISMISSAL

Plaintiff, Matthew W. Kinne, and Defendant Federal Deposit Insurance Corporation, hereby voluntarily agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

MATTHEW J. KINNE

By his attorney,

_____
Daniel R. Solin (BBO # 556342)
66 West Street
Pittsfield, MA 01201
(413) 443-7800

_____
John Garber (BBO # 635313)
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060
(413) 582-6886

FEDERAL DEPOSIT INSURANCE
CORPORATION

By its attorneys,

_____
Barbara Katron
Charles L. Cope, II
Thomas L. Holzman
Federal Deposit Insurance Corporation
550 17th Street, N.W.
Washington, D.C. 20429
(202) 736-0059

Dated: _____